# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MIRANDA SUMMAR et al.,** | ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | Case No. CIV-21-473-G |
| **STATE OF OKLAHOMA** *ex rel.* **UNIVERSITY OF CENTRAL OKLAHOMA,** | ) ) ) ) ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Motion to Withdraw Mary P. Snyder as counsel of record for Defendant. The Motion notes that other counsel will remain of record for Defendant.

The Motion to Withdraw (Doc. No. 24) therefore is GRANTED.

IT IS SO ORDERED this 29th day of March, 2022.

_____
CHARLES B. GOODWIN
United States District Judge