**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1) | **MIRANDA SUMMAR, Individually;** | ) ) |
| 2) | **OLIVIA WELLS, Individually;** | ) |
| 3) | **PRISCILLA PENA, Individually;** | ) |
| 4) | **RHEANNA JACKSON, Individually;** | ) ) |
| 5) | **GABRIELLE GLIDEWELL, Individually;** | ) ) |
| 6) | **MORGAN BROWN RUSSELL, Individually; and** | ) ) |
| 7) | **EMILY HEUGATTER, Individually,** | ) ) |
| | | ) |
| | **Plaintiffs,** | ) |
| **v.** | | ) |
| | | ) |
| 1) | **THE STATE OF OKLAHOMA *ex rel* UNIVERSITY OF CENTRAL OKLAHOMA,** | ) ) ) |
| | | ) |
| | **Defendant.** | ) |

**Case No.  5:21-cv-00473**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs

Miranda Summar, Olivia Wells, Priscilla Pena, Rheanna Jackson, Gabrielle Glidewell,

Morgan Brown Russell and Emily Heugatter (collectively the "Plaintiffs), by and through

their attorney of record, and the defendant, The State of Oklahoma *ex rel* University of

Central Oklahoma ("UCO"), by and through its attorneys of record, hereby jointly stipulate

to the dismissal *with prejudice* to re-filing of all claims and causes of action brought in this

case by Plaintiffs against UCO.

UCO's decision to join in this stipulation of dismissal is based solely upon the representation of Plaintiff's legal counsel that Plaintiffs do not intend to refile the claims brought in this case in this Court or any other forum whatsoever.  The parties agree that each party shall each bear his, her, or its own attorneys' fees and costs.


DATED: February 20, 2024.

| | |
|---|---|
| /s/*Sheila P. Haddock* | /s/ *Jaycee Booth (signed with permission)* |
| Sheila P. Haddock | Adam W. Childers, OBA #18673 |
| THE ZALKIN LAW FIRM, P.C. | Jaycee Booth, OBA #34432 |
| 10590 W. Ocean Air Drive, Suite 125 | CROWE & DUNLEVY |
| San Diego, CA  92130 | A Professional Corporation |
| Tel:  858-259-3011 | Braniff Building |
| Fax:  858-259-3015 | 324 N. Robinson Ave., Suite 100 |
| sheila@zalkin.com | Oklahoma City, OK 73102-8273 |
| | (405) 235-7700 |
| **Attorney for Plaintiffs** | (405) 239-6651 (Facsimile) |
| | adam.childers@crowedunlevy.com |
| | jaycee.booth@crowedunlevy.com |
| | |
| | **Attorneys for Defendant** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Dated: February 20, 2024

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Dr., Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015